IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ASHLEY SPENCER STURGILL,

     Plaintiff,

v.

EQUIFAX INFORMATION SERVICES
LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.; and I.Q. DATA
INTERNATIONAL, INC.,

     Defendants.

CIVIL ACTION NO.
1:24-cv-01699-ELR-RDC

## <u>ORDER FOR SERVICE OF</u><br><u>REPORT AND RECOMMENDATION</u>

The undersigned United States Magistrate Judge has filed a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1); Rule 72(b) of the Federal Rules of Civil Procedure; Local Rule 72.1(B), N.D. Ga.; and Standing Order 18-01 (N.D. Ga. Feb. 12, 2018). The Clerk is **DIRECTED** to serve upon counsel for the parties and directly upon any unrepresented parties a copy of the Report and Recommendation and a copy of this Order.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the Report and Recommendation within **FOURTEEN (14) DAYS** of service of this Order. The objecting party shall specify with particularity the alleged error(s) made (including reference by page number to any transcripts if applicable) and serve the objections upon the opposing party. The party filing objections is responsible for obtaining and filing the

transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court, and on appeal, the Court of Appeals will deem waived any challenge to factual and legal findings to which there was no objection, subject to interests-of-justice plain error review. 11th Cir. R. 3-1.

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the presiding District Judge after expiration of the above period.

IT IS SO **ORDERED** and **DIRECTED** on this 6th day of September 2024.

REGINA D. CANNON
United States Magistrate Judge

2